In the Matter of the Judicial Settlement of the Accounts of JOHN V. EVANS, as Sole Surviving Executor, etc., of EVAN EVANS, Deceased.   MABEL EVANS BLUE, as Administratrix, etc., of EVAN T. EVANS, Deceased, Appellant; NELLIE EVANS JONES and Another, Respondents.— Decree reversed, with costs to the appellant payable out of the estate, and matter remitted to the Surrogate's Court to proceed in accordance with this decision.   All the findings contained in the decision are disapproved and reversed.   Held, that the words, " their heirs respectively," used in the third and ninth clauses of the will were words of limitation and not words of substitution. The title to one-half of the remainder in question vested in Evan T. Evans, and his administratrix is entitled to receive the same.   All concur.

CATTARAUGUS TANNING COMPANY, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs.   All concur.

CLIFFORD L. MILLER and Another, Copartners, etc., Appellants, v. SEMET-SOLVAY COMPANY, Respondent.— Judgment and order affirmed, with costs.   All concur.

WILLIAM H. WHALEY, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs.   All concur.

WALTER H. AUSTIN, as Administrator, etc., Respondent, v. EMMONS PEPPERDINE, Appellant.— Judgment and order affirmed, with costs.   All concur.

ZACHARY BRIGGS, Appellant, v. LAKE VIEW CEMETERY ASSOCIATION, Respondent.— Judgment affirmed, with costs.   All concur.

BOWERS M. PHELPS, Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Judgment and order affirmed, with costs.   All concur.

ELIZABETH R. GOODIER, as Administratrix, etc., of ROSCOE C. GOODIER, Deceased, Respondent, v. JOHN BARTON PAYNE, as Director-General of Railroads, as Agent, etc.,* Appellant.— Judgment and order affirmed, with costs.   All concur.

----

* See  Transportation Act, 1920 (41 U. S. Stat. at Large, 461), § 206; Pres. Proc. March 11, 1920, and May 14, 1920, 41 id, 1789, 1794.   See, also, Federal Employers' Liability Act, 35 U. S. Stat. at Large, 65, chap. 149, as amd. by 36 id. 291, chap. 143.— [REP.